James Costa v. Schenectady Railway Company.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

John R. Jones v. Margaret M. Ruth, as Administratrix, etc.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Janet McIver Suckert v. Harold C. Suckert.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Grace H. Griffin v. William H. Griffin.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of Blanche McFarland (City of New York, Strange Avenue, between Hill and Monticello Avenues, etc.).— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Joseph Posgay v. Westinghouse, Church, Kerr & Co., Inc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Bankers Trust Company, as Trustee for Henry B. Wilkins and Another, v. Frank C. Littleton.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Joseph Roth v. Adolph Friedman and Others.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Dudley Digges v. Henry A. Miller and Others.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Ralph Bash and Others v. Hugh J. Sheeran, as Receiver of New York Railways Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Eugene F. McGee, an Attorney.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The People of the State of New York, Respondent, v. Harry Allen Ely, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

William Leslie, Respondent, v. Louis K. Liggett Company, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff consents to reduce the judgment as entered to the sum of $1,172.62; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Martin, J., dissents and votes to reverse judgment and dismiss complaint.

The People of the State of New York, Respondent, v. Philip Curry, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The People of the State of New York, Respondent, v. Benjamin Diamond, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.